IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM MICHAEL BRASWELL, JR., )
　　　　　)
　　　Plaintiff, )
　　　　　) Civil Action No. 07-277 Erie
　　v. )
　　　　　)
TROOPER CHRISTOPHER C. KEPPEL, et al., )
　　　　　)
　　　Defendants. )

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on October 15, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 28], filed on July 16, 2008, recommended that:

1. The motion to dismiss filed by Defendant Nixon [Doc. No. 12] be granted;

2. The motion to dismiss filed by Defendants Doucette and Reilly [Doc. No. 17] be granted and the motion to transfer by Defendants Doucette and Reilly be denied; and

3. The motion to dismiss filed by Defendant Keppel [Doc. No. 24] be granted and the motion to transfer by Defendant Keppel be denied.

The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motions and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 6th day of August, 2008;

IT IS HEREBY ORDERED that:

1. The motion to dismiss filed by Defendant Nixon [Doc. No. 12] is GRANTED;

2. The motion to dismiss filed by Defendants Doucette and Reilly [Doc. No. 17] is GRANTED and the motion to transfer by Defendants Doucette and Reilly is

DENIED; and

3. The motion to dismiss filed by Defendant Keppel [Doc. No. 24] is GRANTED and the motion to transfer by Defendant Keppel is DENIED.

The Report and Recommendation [Doc. No. 28] of Magistrate Judge Baxter, filed on July 16, 2008, is adopted as the opinion of the Court.

                s/ Sean J. McLaughlin
                   United States District Judge

cm: All parties of record
     Susan Paradise Baxter, U.S. Magistrate Judge